**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

COREY TURNER,                                                                                                   PLAINTIFF
ADC #148206

v.                                                  No. 4:11CV00806 JLH/JTR

DREAM REDDIC YOUNG,
Administrator, Ouachita River Unit, *et al*.                                              DEFENDANTS

**TRANSFER ORDER**

Plaintiff, Corey Turner, is a prisoner in the Randall Williams Correctional Facility. He has filed a *pro se* § 1983 Complaint alleging that Defendants subjected him to inhumane conditions of confinement and provided him with constitutionally inadequate medical care while he was a prisoner in the Ouachita River Unit. *See* docket entry #2.

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b). The events giving rise to this action occurred at the Ouachita River Unit, which is located in Hot Spring County. Similarly, the Defendants in this action reside in Hot Spring County.

Hot Spring County is located in the Hot Springs Division of the United States District Court for the Western District of Arkansas. The Court concludes that the interest of justice will best be served by transferring the case to that federal court. *See* 28 U.S.C. § 1406(a) (providing that the "district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought").

IT IS THEREFORE ORDERED THAT this case is IMMEDIATELY TRANSFERRED to the United States District Court for the Western District of Arkansas, Hot Springs Division.

DATED this 10th day of November, 2011.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE